FILED
June 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**Hussein "Mike" Ali Yassine**

-vs-

**Charlotte Collins, et al.**

Case No. **1:25-cv-00786-RP**

**O R D E R**

BE IT REMEMBERED on this the **2nd** day of **June**, 20**25**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Karla Maradiaga** ("Applicant"), counsel for **Hussein "Mike" Ali Yassine** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Hussein "Mike" Ali Yassine** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **3rd** day of **June** 20**25**.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE